IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN W. DALTON JR.,

Petitioner,

vs.

ROB JEFFREYS,

Respondent.

4:22CV3269

MEMORANDUM AND ORDER

This matter is before the court on Petitioner's Motions for Copies, Filing No. 21, Motion to Request Documents, Filing No. 22, Motion for Complete Case File, Filing No. 23, Motion to "Request Doc# Files in Response to Summary Judgment" (collectively the "Document Production Motions"), Filing No. 24, and Motion for Extension of Time (the "Motion for Extension"), Filing No. 28.

In the Document Production Motions, Filing Nos. 21, 22, 23, and 24, Petitioner appears to seek production of docket numbers, transcripts, and other state court filings to adequately respond to Respondent's Motion for Summary Judgment, Filing No. 17, which is currently pending before this Court. In the Motion for Extension, Petitioner seeks an additional thirty days to supplement his response to Respondent's Motion for Summary Judgment. Filing No. 18 at 1.

Upon consideration, the Court will direct Respondent to file a response to the Document Production Motions as set forth below.

IT IS THEREFORE ORDERED that:

1. Respondent shall file a response to Petitioner's Motions for Copies, Filing No. 21, Motion to Request Documents, Filing No. 22, Motion for Complete Case File, Filing No. 23, and Motion to "Request Doc# Files in Response to Summary Judgment," Filing No. 24, on or before **September 29, 2023**. Respondent may attach additional records to his response if deemed appropriate.

2. On the Court's own motion, the deadline for Respondent to file a reply brief is extended to **September 29, 2023**, to coincide with the deadline for Respondent's response to Petitioner's Document Production Motions. Counsel for Respondent may incorporate the response to Petitioner's motion into his reply brief if he so chooses.

3. The Court shall delay ruling on the Document Production Motions and the Motion for Extension until Respondent's response to the Document Production Motions is filed.

4. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 29, 2023**: check for Respondent's reply brief and response to Petitioner's motion for discovery.

Dated this 30th day of August, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court